IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:14-cv-10351

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Paula Sinnott

2. Plaintiff's Spouse (if applicable)

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Connecticut

5. District Court and Division in which venue would be proper absent direct filing.

   U.S. District Court, District of Connecticut, Hartford Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑ A. Ethicon, Inc.

   ☐ B. Ethicon, LLC

Revised: 11/6/13

☑ C. Johnson & Johnson

☑ D. American Medical Systems, Inc. ("AMS")

☐ E. Boston Scientific Corporation

☐ F. C. R. Bard, Inc. ("Bard")

☐ G. Sofradim Production SAS ("Sofradim")

☐ H. Tissue Science Laboratories Limited ("TSL")

☐ I. Mentor Worldwide LLC

☐ J. Coloplast Corp.

☐ K. Cook Incorporated

☐ L. Cook Biotech, Inc.

☐ M. Cook Medical, Inc.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9-11

B. Other allegations of jurisdiction and venue:

Subject matter jurisdiction is proper pursuant to U.S.C. § 1332. Pursuant to 28 U.S.C. 1407, the Judicial Panel on Multi-District Litigation created MDL 2327 to be presided over by Hon. Joseph Goodwin of the Southern District of West Virginia.

2

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [x] Other

    Monarc Sling (AMS)

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo

3

☑ Other

Monarc Sling (AMS)

10. Date of Implantation as to Each Product:

12/21/2007 (Monarc)

6/12/2009 (TVT)

11. Hospital(s) where Plaintiff was implanted (including City and State):

Kent Hospital, Warwick, RI (2007)

Women&InfantsHospitalProvidenceRI09

12. Implanting Surgeon(s):

Robert Salk, DO (Monarch, 2007)

Charles Rardin, MD (TVT, 2009)

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

☑ Count V – Strict Liability – Design Defect

☑ Count VI – Common Law Fraud

☑ Count VII – Fraudulent Concealment

☐ Count VIII – Constructive Fraud

4

☑ Count IX – Negligent Misrepresentation

☐ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☐ Count XIII – Violation of Consumer Protection Laws

☐ Count XIV – Gross Negligence

☐ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

s/ /s/ J. Gerard Stranch, IV
_____
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

BRANSTETTER, STRANCH & JENNINGS, PLLC
J. Gerard Stranch, IV (TN # 023045)
gerards@branstetterlaw.com
227 Second Avenue North
4th Floor
Nashville, TN 37201
Tel: (615) 254-8801
Fax: (615) 250-3937

DOYLE LOWTHER LLP
William J. Doyle II (CA #188069)
bill@doylelowther.com
Chris W. Cantrell (AL #ASB-1500-R80C)
ccantrell@doylelowther.com
10200 Willow Creek Road, Suite 150
San Diego, CA 92131
Tel: (858) 935-9960
Fax: (858) 939-1939