IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation MDL No. 2327*

Civil Action No. 14-cv-10351

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Paula Sinnott

2. Plaintiff's Spouse (if applicable)

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Connecticut

5. District Court and Division in which venue would be proper absent direct filing.

    U.S. District Court, District of Connecticut, Hartford Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☑ A. Ethicon, Inc.

    ☑ B. Johnson & Johnson

Revised: 5/28/14

☐ C. American Medical Systems, Inc. ("AMS")

☐ D. Boston Scientific Corporation

☑ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 9-11 _____

_____

_____

2

B. Other allegations of jurisdiction and venue:

Subject matter jurisdiction is proper pursuant to U.S.C. Section 1332. Pursuant to

28 U.S.C. 1407, the Judicial Panel on Multi-District Litigation created MDL 2327 to be

presided over by Hon. Joseph Goodwin of the Southern District of West Virginia.

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [x] TVT
- [ ] TVT-Obturator (TVT-O)
- [ ] TVT-SECUR (TVT-S)
- [ ] TVT-Exact
- [ ] TVT-Abbrevo
- [x] Other

    Align sling (C.R. Bard)

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- [ ] Prolift
- [ ] Prolift +M
- [ ] Gynemesh/Gynemesh PS
- [ ] Prosima
- [ ] TVT

3

☐ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☑ Other

Align sling (C.R. Bard)

_____

10. Date of Implantation as to Each Product:

12/21/2007 (Align)

6/12/2009 (TVT)

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

Kent Hospital, Warwick, RI (2007)

Women&Infants Hospital Providence, RI (2009)

12. Implanting Surgeon(s):

Robert Salk, DO (Align, 2007)

Charles Rardin, MD (TVT, 2009)

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

4

- [x] Count V – Strict Liability – Design Defect
- [x] Count VI – Common Law Fraud
- [x] Count VII – Fraudulent Concealment
- [ ] Count VIII – Constructive Fraud
- [x] Count IX – Negligent Misrepresentation
- [ ] Count X – Negligent Infliction of Emotional Distress
- [x] Count XI – Breach of Express Warranty
- [x] Count XII – Breach of Implied Warranty
- [ ] Count XIII – Violation of Consumer Protection Laws
- [ ] Count XIV – Gross Negligence
- [ ] Count XV – Unjust Enrichment
- [ ] Count XVI – Loss of Consortium
- [x] Count XVII – Punitive Damages
- [x] Count XVIII – Discovery Rule and Tolling
- [ ] Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

_____

5

                                              s/ Chris W. Cantrell
                                                  Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

| BRANSTETTER, STRANCH & JENNINGS, PLLC | DOYLE LOWTHER LLP |
|---|---|
| J. Gerard Stranch, IV (TN #023045) | William J. Doyle II (CA # 188069) |
| 227 Second Avenue North | Chris W. Cantrell (CA #290874) |
| 4th Floor | 10200 Willow Creek Road, Suite 150 |
| Nashville, TN 37201 | San Diego, CA 92131 |
| Tel: (615) 254-8801 | Tel: (858) 935-9960 |
| Fax: (615) 250-3937 | Fax: (858) 939-1939 |